# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| JOANNA BOYD, | Case No.: 2:20-cv-01575-APG-EJY |
|---|---|
| Plaintiff | **Order Accepting Report and Recommendation and Dismissing Case** |
| v. | |
| STATE OF NEVADA, et al., | [ECF No. 7] |
| Defendants | |

On October 22, 2020, Magistrate Judge Youchah recommended that plaintiff Joanna Boyd's complaint be dismissed with prejudice because she fails to state a claim against any defendant. ECF No. 7. Boyd did not file an objection. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Youchah's report and recommendation **(ECF No. 7) is accepted** and plaintiff Joanna Boyd's complaint **(ECF No. 1-1) is DISMISED with prejudice**.

I FURTHER ORDER the clerk of court to enter judgment accordingly and to close this case.

DATED this 10th day of November, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE