AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Joanna Boyd,

JUDGMENT IN A CIVIL CASE

                    Plaintiff,

          v.                                   Case Number: 2:20-cv-01575-APG-EJY

State of Nevada et al,


                    Defendants.


__  **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__  **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒  **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is entered this case is dismissed with prejudice.


11/12/2020
Date

DEBRA K. KEMPI
Clerk


/s/ M. Reyes
Deputy Clerk